| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____    Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Direct Diesel, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Prosource Diesel** <br> **Diesel Truck Parts Direct** <br> **DBA Pro-Direct Diesel** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4889046** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2125 Sunhaven Court** <br> **Fairfield, CA 94533** <br> Number, Street, City, State & ZIP Code <br><br> **Solano** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | _____ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Direct Diesel, Inc.**      Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | Direct Diesel, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Direct Diesel, Inc.**                                    Case number (*if known*)
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Direct Diesel, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 5, 2021**
MM / DD / YYYY

**X /s/ Andrew P. Kolonay**          **Andrew P. Kolonay**
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Arasto Farsad**          Date  **February 5, 2021**
Signature of attorney for debtor        MM / DD / YYYY

**Arasto Farsad 273118**
Printed name

**Farsad Law Office, P.C.**
Firm name

**1625 The Alameda, Suite 525**
**San Jose, CA 95126**
Number, Street, City, State & ZIP Code

Contact phone  **408-641-9966**    Email address  **farsadecf@gmail.com**

**273118 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Direct Diesel, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA**<br>**90096-0001** | | **Credit Card Charges** | | | | **$11,101.00** |
| **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA**<br>**90096-0001** | | **Credit Card Charges** | | | | **$1,861.00** |
| **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE**<br>**19886-5796** | | **Credit Card Charges** | | | | **$30,507.00** |
| **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE**<br>**19886-5726** | | **Credit Card Charges** | | | | **$21,038.00** |
| **Brex**<br>**405 Howard Street,**<br>**Suite 200**<br>**San Francisco, CA**<br>**94105** | | **Credit Card Charges** | | | | **$32,933.00** |
| **Employment Development Department**<br>**P.O. Box 826880**<br>**Sacramento, CA**<br>**94246-0001** | | **Secured tax lien** | | **$415.00** | **$0.00** | **$415.00** |
| **Ondeck**<br>**1400 Broadway,**<br>**25th Floor**<br>**New York, NY**<br>**10018-5225** | | **Business loan** | | **$200,000.00** | **$0.00** | **$200,000.00** |
| **Paypal Working Capital**<br>**2211 North First Street**<br>**San Jose, CA 95131** | | **Business loan** | | **$75,000.00** | **$0.00** | **$75,000.00** |

Debtor **Direct Diesel, Inc.**      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TVT Capital, LLC**<br>**8 Hunters Lane**<br>**Roslyn, NY 11576** | | **Agreement for the Purchase and Sale of Future Receipts** | **Disputed** | | | **$300,000.00** |
| **TVT Capital, LLC**<br>**8 Hunters Lane**<br>**Roslyn, NY 11576** | | **Agreement for the Purchase and Sale of Future Receipts** | **Disputed** | | | **$214,500.00** |
| **U.S. Small Business Administration**<br>**Director, RMD**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | | **Small business loan** | | | | **$66,417.00** |
| **West Coast Business Capital, LLC**<br>**116 Nassau Street, Suite 804**<br>**New York, NY 10038** | | **Future receivables sale and purchase agreement** | | | | **$245,000.00** |

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


Bank of America
P.O. Box 15796
Wilmington, DE 19886-5726


Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796


Brex
405 Howard Street, Suite 200
San Francisco, CA 94105


CA Dept. of Tax and Fee Administration
P.O. Box 942789
Sacramento, CA 94279


Celtic Bank
268 State Street, Suite 300
Salt Lake City, UT 84111


Corporation Service Company
801 Adlai Stevenson Dr.
Santa Ana, CA 92703


Cross River Bank
400 Kelby St., 14th Floor
Fort Lee, NJ 07024


Custom Capital Funding, LLC
1202 Avenue U, Suite 1100
Brooklyn, NY 11229


Employment Development Department
P.O. Box 826880
Sacramento, CA 94246-0001


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jiangyin Honghe Turbo Co., Ltd.
c/o Kim M. Hicks
Bluestone Law, Ltd.
4800 Hampden Lane, Suite 200
Bethesda, MD 20814


Ondeck
1400 Broadway, 25th Floor
New York, NY 10018-5225


Paypal Working Capital
2211 North First Street
San Jose, CA 95131


TVT Capital, LLC
8 Hunters Lane
Roslyn, NY 11576


U.S. Attorney General
Civil Trial Sec. Western
P.O. Box 683 Ben Franklin
Washington, DC 20044


U.S. Small Business Administration
Director, RMD
409 3rd St., SW
Washington, DC 20416


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 11th Fl.
San Francisco, CA 94102


Webank
215 South State Street, Suite 1000
Salt Lake City, UT 84111


West Coast Business Capital, LLC
116 Nassau Street, Suite 804
New York, NY 10038
```

# United States Bankruptcy Court
### Eastern District of California

In re  **Direct Diesel, Inc.**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Direct Diesel, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  5, 2021**　　　　　　　　　　　　**/s/ Arasto Farsad**
Date　　　　　　　　　　　　　　　　　　　　**Arasto Farsad 273118**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for **Direct Diesel, Inc.**
　　　　　　　　　　　　　　　　　　　　　　**Farsad Law Office, P.C.**
　　　　　　　　　　　　　　　　　　　　　　**1625 The Alameda, Suite 525**
　　　　　　　　　　　　　　　　　　　　　　**San Jose, CA 95126**
　　　　　　　　　　　　　　　　　　　　　　**408-641-9966**
　　　　　　　　　　　　　　　　　　　　　　**farsadecf@gmail.com**